

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-408-CV

JOHN WAYNE JENKINS                                              APPELLANT

V.

KIM LEE JENKINS                                                APPELLEE

----------

FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On May 8, 2009, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a motion reasonably explaining the failure to file a brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3. We have not received any response.

---

[1] *See* Tex. R. App. P. 47.4.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  MCCOY, J.; CAYCE, C.J.; and MEIER, J.

DELIVERED:  June 4, 2009